UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re: Pleasha Anderson                    Case No. 22-10299

                                           Chapter 13

            Debtor(s)                      Judge Robert E. Grant

---

## NOTICE OF AMENDMENT

Comes now the debtor in the above-captioned matter, by counsel, and hereby gives notice of an amendment to Schedules B herein. The purpose of the amendment is to add a paid in full vehicle not currently listed. Debtor's believe no creditors are potentially affected by this amendment.

Respectfully submitted,

_____
Holly M. Ripke #22290-02
4705 Illinois Rd. #101
Ft Wayne, IN 46804
(260) 434-1990

## CERTIFICATE OF SERVICE

I certify that on ____4____ day of May, 2022, a copy of the attached was filed electronically. Notice of this fling will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's System: Trustee Debra L. Miller and the United States Trustee ND Indiana

_____
Holly M. Ripke